

**LANIER & ASSOCIATES**
CONSULTING ENGINEERS, INC.

*Excellence By Design...Since 1974*

May 19, 2011

Honorable Anita B. Brody
Care of Kathryn Hunt Muse
Fax Number: 215 – 580 – 2356

Re:   SCHANNE v. ADDIS
11-cv-1851

Dear Judge Brody,

    I am writing to you today to ask that you would please grant me an extension to respond regarding the above referenced matter.

    I am currently unrepresented, but have notified my insurance carriers of the pending litigation. I am currently awaiting a response from them as to my coverage and counsel options.

    I simply need more time to be able to properly respond to the above referenced complaint. In making your decision, I respectfully request that you might consider my current location (New Orleans, Louisiana) and the difficulties this presents in coordinating diligent efforts in Philadelphia.

    Thank you very much for your consideration in this matter.

VERY TRULY YOURS,

JENNA D. ADDIS
jdaddis@gmail.com
jaddis@lanier-engineers.com
(504) 261 8814
(504) 304 0270 (office)
(504) 895 0566 (fax)

NEW ORLEANS 4101 Magazine St., New Orleans, LA 70115 (504) 895-0368 FAX (504) 895-0566
BEAUMONT 3420 Fannin St., Suite 202, Beaumont, TX 77701 (409) 212-1051 FAX (409) 212-1541
GULFPORT (228) 865-9876 FAX (228) 865-9887
WEB SITE www.lanier-engineers.com GENERAL EMAIL ADDRESS info@lanier-engineers.com