AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Pennsylvania

ROBERT SCHANNE )
)
_Plaintiff_ )
)
v. ) Civil Action No. 11-1851
)
JENNA ADDIS )
)
_Defendant_ )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jenna Addis
4101 Magazine St.
New Orleans, LA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
TIMOTHY M. KOLMAN, ESQ.,
414 HULMEVILLE AVENUE
PENNDEL, PA 19047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MARCH 15, 2011

MICHAEL G. MANI, Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-1851

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Jenna Addis__

was received by me on *(date)* __4/27/11__.

☒ I personally served the summons on the individual at *(place)* __4101 Magazine St., New Orleans, LA__ on *(date)* __4/28/11__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):* _____

My fees are $ __—__ for travel and $ __—__ for services, for a total of $ __—__

I declare under penalty of perjury that this information is true.

Date: __5/10/11__

_____
*Server's signature*

__Chris Harper - Process Server__
*Printed name and title*

Seagull Legal Services
PO Box 1706
Southampton, PA 18966
*Server's address*

Additional information regarding attempted service, etc: