**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBERT SCHANNE, | : | |
|    Plaintiff | : | |
| | : | CIVIL ACTION |
|        v. | : | |
| | : | NO. 11-1851 |
| JENNA ADDIS, | : | |
|    Defendant | : | |

## ORDER

**AND NOW**, this __19TH__ day of May 2011, it is **ORDERED** that Defendant's request for an extension of time to respond to the complaint is **GRANTED**. Defendant shall answer or otherwise respond to the complaint on or before **June 29, 2011**.


s/Anita B. Brody

_____
ANITA B. BRODY, J.


Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to: