# KOLMAN ELY, P.C.

414 Hulmeville Avenue
Penndel, PA 19047

(215) 750-3134
FACSIMILE (215) 750-3138
www.kolmanely.com

May 19, 2011

*Via Facsimile to 215-580-2356 and ECF*

The Honorable Anita B. Brody
United States District Court for the
Eastern District of Pennsylvania
601 Market Street
Room 7613
Philadelphia, PA 19106

    Re:   *Schanne v. Addis*
           No. 11-cv-1851

Dear Judge Brody:

    I am in receipt of the Defendant's May 19, 2011 request for an extension to answer Plaintiff's Complaint. I respectfully object to the open-ended request made by Defendant as it is flatly inappropriate to grant her an unlimited amount of time to respond to the Complaint.

    I do not object to a one-week extension (until Friday, May 27th).

    I note that Ms. Addis did not place her request on ECF and I have therefore attached a copy of her request to this communication.

                                                Respectfully,

                                                KOLMAN ELY, P.C.

                      By:   _____
                             Wayne A. Ely, Esquire

WAE/jlf
Enclosure
cc:   Jenna Addis



*Excellence By Design...Since 1974*

**LANIER & ASSOCIATES**
CONSULTING ENGINEERS, INC.

May 19, 2011

Honorable Anita B. Brody
Care of Kathryn Hunt Muse
Fax Number: 215 – 580 – 2356

Re: SCHANNE v. ADDIS
11-cv-1851

Dear Judge Brody,

I am writing to you today to ask that you would please grant me an extension to respond regarding the above referenced matter.

I am currently unrepresented, but have notified my insurance carriers of the pending litigation. I am currently awaiting a response from them as to my coverage and counsel options.

I simply need more time to be able to properly respond to the above referenced complaint. In making your decision, I respectfully request that you might consider my current location (New Orleans, Louisiana) and the difficulties this presents in coordinating diligent efforts in Philadelphia.

Thank you very much for your consideration in this matter.

VERY TRULY YOURS,

JENNA D. ADDIS
jdaddis@gmail.com
jaddis@lanier-engineers.com
(504) 261 8814
(504) 304 0270 (office)
(504) 895 0566 (fax)