IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT SCHANNE, : | |
|    Plaintiff : | |
| : | CIVIL ACTION |
|         v. : | |
| : | NO. 11-1851 |
| JENNA ADDIS, : | |
|    Defendant : | |

## ORDER

**AND NOW**, this 27th day of September 2012, it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. 39) is **GRANTED**.

                                                                             s/Anita B. Brody
                                                         _____
                                                         ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to: